United States District Court
Southern District of Texas
**ENTERED**
February 07, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE LUIS SANTACRUZ-RAMIREZ, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-15-139 |
| | § | CRIMINAL NO. B-14-699-1 |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

# ORDER

On December 29, 2016, the United States Magistrate Judge filed a Report and Recommendation [Doc. No. 17]. No objections have been lodged by either side and the time for doing so has expired.

Having reviewed all of the pleadings and the Report and Recommendation for plain error and having found none, it is the opinion of the Court that the Magistrate Judge's Report and Recommendation is hereby adopted. Therefore, Petitioner Jose Luis Santacruz-Ramirez' Amended Motion to Vacate, Set Aside or Correct his Sentence pursuant to 28 U.S.C. § 2255 [Doc. No. 8] is denied as meritless, and the issuance of a Certificate of Appealability is denied.

Signed this 7th day of February, 2017.

Andrew S. Hanen
United States District Judge